Daniel, J.
 

 The defendant insists, that the writ of
 
 re-cordari
 
 was sued out by Parker only to obtain a new trial on his garnishment. And, as the affidavit filed in the cause satisfied the Court, that he was not entitled to a new trial, the
 
 recordari
 
 should have been dismissed. It was, therefore, error in the Court, to have made the order that it did.
 

 When we, however, look at the affidavit, on which the
 
 recordari
 
 was granted, we see that Parker prayed a
 
 re-cordari
 
 and supersedeas; and further, that the Court would “ grant such other and further relief, as may be necessary for him.” The judgment rendered by the Court, in effect, to have the case spread upon the records of the Superior Court, to enable Parker to assign errors on it, if he thought proper to do so, and proceed as in a case of
 
 false judgment,
 
 was, we think, within the scope of his application for the writ of
 
 recordari.
 
 This writ is the foundation of all the .proceedings in a case of
 
 false judgment 2 Sellons1 Brae.
 
 544, 248. We think that the judgment should be affirmed.
 

 Pee Curiam. Judgment affirmed.